IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Haynes Jr, Phillip

Printed: 12/13/07

Case Number: 04 B 20568
Judge: Hollis, Pamela S
Filed: 5/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 7, 2007
Confirmed: September 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,000.00 |  |
| Secured: |  | 6,843.30 |
| Unsecured: |  | 8,567.25 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,650.00 |
| Trustee Fee: |  | 939.45 |
| Other Funds: |  | 0.00 |
| Totals: | 18,000.00 | 18,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,650.00 | 1,650.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 0.00 | 0.00 |
| 4. | Harris Bank | Secured | 6,843.30 | 6,843.30 |
| 5. | ECast Settlement Corp | Unsecured | 2,485.00 | 5,327.55 |
| 6. | Capital One | Unsecured | 813.27 | 1,743.30 |
| 7. | Harris Bank | Unsecured | 698.09 | 1,496.40 |
| 8. | Chase Advantage Credit | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Bank One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,489.66 | $ 17,060.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 259.74 |
| 4% | 60.00 |
| 3% | 45.00 |
| 5.5% | 247.50 |
| 5% | 75.00 |
| 4.8% | 143.99 |
| 5.4% | 108.22 |
|  | _____ |
|  | $ 939.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Haynes Jr, Phillip

Printed:  12/13/07

Case Number:  04 B 20568
Judge:  Hollis, Pamela S
Filed:  5/27/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

